FILED

FEB 17 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 16, 2009

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Feb 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS     SA-09-CV-10-FB
LEADS PRODUCTS LIABILITY LITIGATION                                MDL No. 1905

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-24)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 298 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 2 sheet(s)
of the electronic record filed on _____,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 2-10, 2009
RICHARD D. SLETTEN
BY:_____
Deputy Clerk

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                                    MDL No. 1905

## SCHEDULE CTO-24 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  08-8329 | Jean-Claude Richards v. Medtronic, Inc., et al.  09-294 RHK/JSM |
| **ILLINOIS NORTHERN** | |
| ~~ILN  1  07-835~~ | ~~Patricia A. Kavalir v. Medtronic, Inc.~~  Opposed 1/26/09 |
| ILN  1  09-76 | Elizabeth Tenbrook v. Medtronic, Inc.  09-295 RHK/JSM |
| **KANSAS** | |
| KS  2  08-2618 | Chad Brewster, et al. v. Medtronic, Inc., et al.  09-296 RHK/JS |
| **LOUISIANA WESTERN** | |
| LAW  5  08-1995 | Margie Gleason, et al. v. Medtronic, Inc.  09-297 RHK/JSM |
| LAW  5  08-1997 | Margie Gleason, et al. v. Medtronic, Inc.  09-298 RHK/JSM |
| **MARYLAND** | |
| MD  1  08-3234 | Myrtle Boyd, et al. v. Medtronic, Inc., et al.  09-299 RHK/JSM |
| **MISSISSIPPI NORTHERN** | |
| MSN  1  08-301 | Jonathan Dodds v. Medtronic, Inc.  09-300 RHK/JSM |
| **NEW YORK WESTERN** | |
| NYW  1  09-29 | Howard F. Buckley, et al. v. Medtronic, Inc.  09-301 RHK/JSM |
| NYW  1  09-30 | Warren A. Buchholz, et al. v. Medtronic, Inc.  09-302 RHK/JSM |
| **OHIO SOUTHERN** | |
| OHS  3  08-373 | Lloyd Ray Coyle v. Medtronic, Inc., et al.  09-303 RHK/JSM |
| **TEXAS NORTHERN** | |
| TXN  3  08-2292 | Harold W. Allen, Jr., et al. v. Medtronic, Inc.  09-306 RHK/JSM |
| **TEXAS SOUTHERN** | |
| TXS  4  08-3766 | Kenneth Dale DeForest v. Medtronic, Inc., et al.  09-308 RHK/JS |
| TXS  4  08-3768 | Joann Kontowski, etc. v. Medtronic, Inc., et al.  09-309 RHK/JS |
| TXS  4  08-3772 | Alvin Mayeaux, et al. v. Medtronic, Inc.  09-310 RHK/JSM |
| **TEXAS WESTERN** | |
| TXW  5  09-10 | Harvey L. Christian, et al. v. Medtronic, Inc.  09-311 RHK/JSM |